[Crim. No. 1710. In Bank.—October 20, 1911.]

In the Matter of the Application of J. A. WOODS for a Writ of Habeas Corpus.

JUSTICE'S COURT—CONSTITUTIONAL AMENDMENT OF 1911—COURTS NOT ABOLISHED.—The amendment of 1911 of sections 1, 11, and 15 of article VI of the state constitution does not abolish the justice's courts and other inferior courts which had been previously established

by acts of the legislature. They remain in existence with the juris-
diction vested in them until the legislature shall, in the exercise of
the power given by the section as amended, otherwise provide.

The Petitioner was held in custody by the Sheriff of Los
Angeles County, in pursuance of a Commitment issued out of
the justice's court of Los Angeles township on the fourteenth
day of October, 1911. He claimed to be entitled to be dis-
charged from such custody on the ground that by a constitu-
tional amendment adopted on the tenth day of October, 1911,
the office of justice of the peace was abolished. The further
facts are stated in the opinion of the court.

R. J. Adcock, for Petitioner.

THE COURT.—The application for a writ of *habeas corpus*
is denied. The recent amendment of sections 1, 11, and 15 of
article VI of the constitution does not abolish the justices
courts and other inferior courts which had been previously
established by acts of the legislature. They remain in exist-
ence with the jurisdiction vested in them by the acts creating
them, until the legislature shall, in the exercise of the power
given by the section as amended, otherwise provide.